# UNITED STATES DISTRICT COURT

for the

## Northern District of Indiana

Receipt # SB 6258
5405.00

FILED — DEC 05, 2025 — PM12:58
US DISTRICT COURT
Northern District of Indiana
Chanda J. Berta — Clerk

Michael Hill

Pro CE
PLAINTIFF

*Plaintiff On Behalf*
*Limited - Associated*

KNOWN JOHN DOE  MUTIPLE

KNOWN JANE DOE  MUTIPLE

PLAINTIFF's

-v-

BRONCO BILLY'S CASINO

DEFENDANT

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  325 CV 1000

*(to be filled in by the Clerk's Office)*

---

## COMPLAINT ,  REQUEST FOR INJUNCTION,  DEMAND FOR JURY TRIAL

I.    **The Parties to This Complaint**

    A.    **The Plaintiff(s)**

        Name        Michael Hill

1

| | |
|---|---|
| Street Address | PO Box 526 |
| City and County | Chesterton, |
| State and Zip Code | Indiana 46304 |
| Telephone Number | 312-307-8255 |
| E-mail Address | mrockport2022@gmail.com |

**The Plaintiff(s)**

| | |
|---|---|
| Name | Michael Hill *on Behalf* of |
| | KNOWN JOHN DOE  MUTIPLE |
| | KNOWN JANE DOE  MUTIPLE |
| | |
| Street Address | PO Box 526 |
| City and County | Chesterton, |
| State and Zip Code | Indiana 46304 |
| Telephone Number | 312-307-8255 |
| E-mail Address | mrockport2022@gmail.com |

1. How many defendants are you suing? _1_____
2. What is your address?  PO Box 526  Chesterton, Indiana 4630
3. What is your telephone number: (312) 3078255
4. Have you ever sued anyone for these exact same claims?
○ No.
 X  Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**B .  The Defendant(s)**

Defendant No. 1

Name

> Bronco Billy's Casino and Hotel
> 233 East Bennett Avenue
> Cripple Creek, Teller County
> CO  80813
> Telephone Number  (719) 689-2142
> E-mail Address *(if known)*

1. How many defendants are you suing?  1

   Have you ever sued anyone for these exact same claims? Yes. 2:25-cv-00527.

   3:25-cv-00979  was filed under  42 U.S.C. § 1983,  28 U.S.C. § 1331, Bronco Billy's is a non governmental entity and is a Diversity of citizenship case.

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be        heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the        parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties        is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of   another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a        diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

Federal question                    X  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The Plaintiff,    Michael Hill                    , is a citizen of the
   State of        Indiana                .

   b.    If the plaintiff is an individual
   The associated Plaintiff(s),    John Doe Multiple        is a citizen(s) of the
                State of        Indiana, Michigan,

   c.    If the plaintiff is an individual
   The associated Plaintiff(s),    Jane Doe Multiple        is a citizen(s) of the
                State of        Colorado, Indiana, Michigan

2.    The Defendant(s)
   a.    If the defendant is an individual
      The defendant,    *(name)*            , is a citizen of
      the State of *(name)*            . Or is a citizen of
      *(foreign nation)*

   b.    If the defendant is a corporation
      The defendant,    Bronco Billy's Casino and Hotel , is incorporated
   under the laws of the State of    Colorado, USA  within FHR, COLORADO LLC
      and has its principal place of business in  Cripple Creek, Colorado, USA

3.  The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
   stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

--at Stake is $91 Million USA Dollars.--

The Plaintiff has endured actions of the Defendant, indirectly/directly, which the Defendant
assisted in a passive/direct actions of Defendants in related a federal civil complaint of **Case No.
3:25-cv-979.** The Plaintiff has alleged with some of supported reference(**Case No.  3:25-cv-979**
has over 400 evidence pages) by documents information reference contain within this complaint

which provides a direct correlation this complaint defendants and Defendants reference in case No. 3:25-cv-979. The Defendant also assisted in a indirect/direct manner with a active/passive actions with the Defendants stated in complaint case No.3:25-cv-979 , that violated the civil rights, of the Plaintiff, along with dementing the quality of life, freedoms, and liberties of the Plaintiff. A extreme, non linear negative impact with a diminished quality of life caused Mental, physical, and duress with a tremendous loss of financial equity/monetary, opportunities from 2009-2025, along with the lost of the Main Plaintiff enterprise and affiliates in 2010. The Lost of potential financial IPO benefits is noted exceptionally of the Plaintiff, but the lost of the potential financial IPO benefits of the sub multiple Plaintiffs has not. The sale of Duneshore.com  could of afford a life changing event to those Plaintiffs and provide a uplifting life changing adjustment in their lives. All, of the Plaintiff's were part of the working class and most were living paycheck to paycheck. The Duneshore.com sale WOULD of provide a life changing event for them. It had a little impact to the Plaintiff to provide the opportunity for the Friends and Family included as shareholders. It looks better for a business if the shareholders contain diversity. The Plaintiff did not lose any equity in a sale if he had or had not the added friends and family to the shareholding listing. The merit of the claim did not materialize until information was affirmed post 2009 and later until 2025. The Defendant and others should of preformed corrected action in 2010 and post 2010 to avoid negative impact(claims) contain within this complaint to the Plaintiff and the Sub Plaintiffs.

## III.   Statement of Claim

A.   Where did the events giving rise to your claim(s) occur?  The first transgression occurred in LaPorte County, Indiana in November 2009, when a court summons was sent to the Plaintiff demanding their physical presence in Colorado.  The Plaintiff responded.  The Plaintiff had to get a loan in Indiana to have resources available to meet the summons request, which required the Plaintiff to be in person in Colorado.  The Plaintiff well-being was interrupted in Indiana. Other occurrences did occurred in Colorado and a non claim event occurred at the FBI station in Chicago in 2012. A on the record event  occurred in Niagara Falls, Canada and other impact event occurrences, did occurred at various places around the World, such as Heathrow Airport- England, Dublin Airport-Ireland and Mexico Border near Harlington-Texas. The Colorado event occurrences are on the record, and within several areas that are located in Woodland Park, Cripple Creek, and Teller County Jail-Colorado. Several claim occurrences did occurred by means of communication and correspondence with entities based in Colorado. Events took placed in Colorado, Indiana, Chicago and several places around the world from 2009-2025. Most element events occurred in Colorado and Indiana. The first elemental event took place in Indiana, hence, the legal jurisdiction is Northern Indiana.

B.        What date and approximate time did the events giving rise to your claim(s) occur?

**\*Bronco Billy's Casino is reference as Bronco Billy's Casino and also known as Bronco Billy's Casino and Hotel.**

**\*Bronco Billy's Casino operates under Bronco's Billy Casino and Bronco Billy's Casino and Hotel.**

**\* SPECIAL NOTE: The Plaintiff will use information from Plaintiff's case Case No. 3:25-cv-979 , as reference to provide a full description to format what occurred, and provide a full informative background.**
**\* The Core Centrist issue of the Plaintiff's case, is Case No. 3:25-cv-979 and is the civil case is a 42 U.S.C. § 1983 case and the case is a federal issue not a diversity issue and that is why Bronco's Billy Casino is not listed as Defendant in that case, but information from that case is mirror to this case.**

See Section One for expanded view of the Defendants mirror case in which the Defendant Bronco Billy's Casino has related common claims with shared events and timeline background.

*Events Overview with timeline:*

*Woodland Park Police Department- Reference in the following as WPPD*
*Cripple Creek Police Department- Reference in the following as CCPD*
*Jane Doe is reference to Plaintiff ex-wife. Jane Doe reference is to provide privacy.*

## <u>Events Background Before the Claims</u>

Through the 2009, The Plaintiff maintains he was back and forth to Colorado, to his stated, his other residence in Colorado, in retrospect tried to create a permanent residency, established a enterprise and start/expand business operations in Colorado in 2009.

Plaintiff had travel to Colorado in 2003, 2006, 2008, there is a pattern. The Plaintiff did not go out of the blue, make a fling visit to see and confront Jane Doe.

Plaintiff traveled to Colorado in  October 10, 2009.

Plaintiff arrived Saturday night October 10, 2009 at his, in effect, his residency in Woodland Park.

Plaintiff traveled to Casino Saturday night to Cripple Creek to see Jane Doe.

Plaintiff went back to his residency In Colorado and wait for Jane Doe to come home to their shared residency in Woodland Park.

   *How can the Plaintiff claim residency in Woodland Park? In short form, the Plaintiff provided in essence, blood, sweat and tears with money to start or created, provide for, and support for such Residency in Colorado. The Plaintiff may not sign a lease, but his presence was in a passive mode with a physical financial responsible to provide support to it.

Jane Doe came home in Sunday morning October 11, 2009, what transpired is in dispute. Various  Defendants has a promotion or assumption of a certain events with no evidence, only a picture of Jane Doe had occurred. The Plaintiff has muti documents to back up his presentation of what had occurred and denies the events described by Woodland Park Police, Cripple Creek Police and  Colorado's 4th Judicial District Attorney's Office had occurred and what was filed in two Court cases in Teller County, Colorado. The Exhibits in this affidavit by the Plaintiff portray a false Criminalization of the Plaintiff by the Defendants, plain and simple.

The Plaintiff left Colorado Sunday October 11, 2009.


# **Events Background - Claims**


Plaintiff Visit Spotlight Events prescribed by WPPD and CCPD in Police reports and Warrant.

On October 14, 2009 at approximately 4:45 am, Cripple Creek Police officer James Francia #913, MPO Tom Cox #912 and Colorado Gaming Agent Brad Nelson was speaking to Jane Doe at her place of Employment.
              Some key events, but not a full list of events:
     Gaming Agent Nelson asked Jane Doe how she received the bruise by her eye.
     Review Surveillance of the interaction of Jane Doe and the Plaintiff on the night of October

11, 2009.

Officer James Francia #913 took several digital photograph of Jane Does bruised Face.

*the officers and gaming agent did not get a copy of the tape they reviewed and log it into evidence.

Criminal case opened up and Officer Francia #913 contacted the Woodland Park Police and spoke to Justin Janissee #3950.

Case was prepared by CCPD Officer- 6422- Francia, Jamie and approved by CCPD 6123-Cox, Tom

*Again the events describe above are in dispute by the Plaintiff. Various Defendants has a promotion or assumption of a certain events with no evidence, only a picture of Jane Doe had occurred. The Plaintiff has muti documents to back up his presentation of what had occurred and denies the events described by Woodland Park Police, Cripple Creek Police and Colorado's 4th Judicial District Attorney's Office had occurred and what was filed in two Court cases in Teller County, Colorado. The Exhibits in this affidavit by the Plaintiff portray a false Criminalization of the Plaintiff by the Defendants, plain and simple.

On October 14, 2009 at approx. 7:48 AM, Woodland Park Police Officer Justin Janisse #3950 was meet by Officer Francia from the Cripple Creek Police Department at the Woodland Park Police Department. Officer Francia was told about a criminal case and criminal report about the Plaintiff.

Officer Justin Janisse#3950 open up a criminal case on the Plaintiff.

October 14, 2009 at approx. 2:30 PM, Woodland Park Police Officer Justin Janisse #3950 interview Jane Doe.

Criminal complaint and case was done and Woodland Park Police Officer Justin Janisse #3950 approved by Tom Kinney #4350 on October 19, 2009.

October 15, 2009 Warrant was issued for the Plaintiff.

*And Again, the events describe above are in dispute by the Plaintiff. Various Defendants has a promotion or assumption of a certain events with no evidence, only a picture of Jane Doe had occurred. The Plaintiff has muti documents to back up his presentation of what had occurred and denies the events described by Woodland Park Police, Cripple Creek Police and Colorado's 4th Judicial District Attorney's Office had occurred and what was filed in two Court cases in Teller County, Colorado. The Exhibits in this affidavit by the Plaintiff portray a false Criminalization of the Plaintiff by the Defendants, plain and simple.

October 16, 2009 the Plaintiff text Jane Doe, the first time since the Plaintiff left Colorado, and text till the end of the month. * As the Plaintiff has stated to WPPD, in the past, in couples

therapy as requested by Jane Doe, the Plaintiff maintain a time off, to let Jane Doe cool down and provide space. Why didn't the Plaintiff text a couple of days before. A therapy technique.

October 30, 2009 was the last time the Plaintiff text Jane Doe.

October 31, 2009 was the last time Jane Doe text the Plaintiff and the last text was, " *U have the truck and van, the hell u will get the kia"

November 2, 2009 Jane Doe files a court motion in Teller County.

November 5 , 2009 the Plaintiff filed for divorce in Indiana court.

November 07, 2009- Plaintiff Faxes requesting a investigation. 1. Woodland Park Police 2. Teller County Sheriff 3. Gaming at Cripple Creek.

November 9, 2009 -Letter asking Teller County Court for additional time to prepare for Jane Does court motion of November 2, 2009 after the Plaintiff receives the court summons from Teller County, Colorado. The Teller County court ends the Colorado residency of the  Plaintiff. In effect, the Plaintiff is a Hoosier told to go to Colorado.

November 12 2009 at 3:45 a Teller County Court hearing is scheduled. It is rescheduled to December 17, 2009.

December 3, 2009- Conference at Attorney Office, Indiana.

December 7, 2009 - Took out a Loan in Indiana to pay, to be able, to travel to Colorado.

December 11, 2009- Plaintiff requested in Indiana for protection order against Jane Doe. Denied -No Jurisdiction.

December 17, 2009 the Plaintiff was arrested at Woodland Park Police Department.

 Noted Highlight:

  The Plaintiff before he was arrested stopped at the Woodland Park Police Station and ask a employee there for a copy of a police report if there was one. The employee took the Plaintiff Drovers Licence and the Plaintiff waited for a reply. After a while, Woodland Park Police Officer Justin Janisse #3950 came into the lobby and greeted the Plaintiff and gave back him his drivers licence and was arrested. The Plaintiff cannot remember in clear form if Miranda rights were given, but maintains from his memory they were not, because the Plaintiff in a loud manner to arresting Woodland Park Police Officer Justin Janisse #3950 , the Plaintiff requested an investigation, and that made officer Janisse pause for several long moments, and then

9

Officer Janisse did not handcuff the Plaintiff but led him back to a holding cell with free hands available, to which the Plaintiff called a relative and stated he was being arrested, for what he did not know.

The Plaintiff was taken to the Teller County Jail and booked.

December 18, 2009 The Plaintiff was arraigned in court.

Noted Highlight:

The Plaintiff was escorted into court with several other criminal detainees. The Plaintiff remembers seeing a board that highlighted types of prison sentence ranges for types of crime committed. The Plaintiff added up with the charges and had an impact, that the Plaintiff was looking at, if convicted and serve full sentence, he could be sitting in prison for three or more years. When his time came, he pleaded not guilty, and then change a plea to have a case conference with the DA. The DA remarked they have to wait a bit and could not do a on the spot conference, but had to talked to Jane Doe first in which the DA called Jane Doe the victim. The Plaintiff tried to get a Personal Recognizance (PR) Bond, but was told a standard $1000 bond must be given. The Plaintiff did ask in way ask permission to home and work and the court did not object to it.

Later that day, The Plaintiffs relative bailed the Plaintiff out.

Evidence request, Date in dispute by the Plaintiff. January 11, 2010.
The Plaintiff swears he did not go to the Colorado's 4th Judicial District office in Cripple Creek on January 11, 2010, he swears he went on January 12, 2010 before the court hearing. He went there first and requested a copy of the evidence packet and was told to wait a moment and they would copy it. I waited and I was told it will take a while. I left to go to the courthouse. I think I went back on lunch break and asked again, thats why I had to go through a security check twice. I did not get a copy. I waited till after the sentence and went back and was told they would mail it after providing the Plaintiff amount it would cost. How do I know I did not request it. I did not want to travel around Cripple Creek the day before court. It was a hot zone, because Jane Doe may of been working and I was avoiding a chance encounter. Cripple Creek is a small town. The day before, I was in Colorado Springs looking for a lawyer and seeing if I could get for free, to have the court pay for one, I did not have money, I was broke. I took out a loan to be out in Colorado in January 2010.

Case Conference January 12, 2010 with Colorado's 4th Judicial District- Deputy District Attorney Rebecca Stachel #39453.

Noted events: The first words coming out of the Plaintiff mouth was, he was going to sue the Woodland Park Police department. The Plaintiff ask what evidence was there, the Deputy

District Attorney Stachel went over a list of what they had, which was basally nothing, a police report and photos of Jane doe. The Plaintiff ask is there was any video tape, the Deputy District Attorney said no. The Plaintiff with not a clear memory, thought he asked the Deputy District to look at or ask for a copy of the Police Report. Not a clear memory of what was said, but the Plaintiff was not able to look at or get a copy, and was not told information contain in the Police report. A back and forth started, and at one point, the Plaintiff handed the Colorado's 4th Judicial District- Deputy District Attorney Rebecca Stachel #39453 a copy of the fax, The Plaintiff maintain he sent to Woodland Park Police Department in November 2009 and a copy of a statement. The District Attorney ask to keep a copy and the Plaintiff said okay. A plea agreement was created by the Deputy District Attorney. The Plaintiff maintains a verbal understanding was done, if the Plaintiff be a "Good Boy" for a year and attend classes the case would go away. No foul in his life. The Plaintiff and the Deputy District Attorney Rebecca Stachel started to proceed down the corridor to the courtroom, for instant Judgement. Before, the Plaintiff and the Deputy District Attorney Rebecca Stachel went to the courtroom, Deputy District Attorney Rebecca Stachel stated to the Plaintiff, the Judge does not like people going in front of him and telling him that they did not read the police report that brought them to in front of him, so when I go in front of him, and if the Judge asks if I have seen the police report to say, I have. The Plaintiff said Okay. I change my plea to guilty and was sentence. Before I was sentence, the Plaintiff remembers the Judge had a long pause and stared at the Plaintiff before sentencing, and it was not a pleasant friendly stare.

The Plaintiff states:

**I was sentence, I was relieved, I could walk away from the court and go home to Indiana. Go HOME to Indiana.**

**I left Colorado without ever- getting, seeing, reading, or being told what was in the Woodland Park Police Report and was never told the details of what I was alleged of doing.**

**I pleaded guilty to a crime, I did not even know the details of how I did the crime, and was sentence to crime that I never knew what I did in details.**


March 15, 2010.  Letter sent to the 4th District DA office- Cripple Creek with payment.

Evidence sent March 23, 2010.

    Noted events* The DA office sent me a copy of the Fax and letter statement in which I gave them a copy, plain and simple. * First time I saw the Woodland Park Police Report is when I received a copy of the evidence package in March 2010.

Letter between lawyers. March 17, 2010- use of money. June 17, 2010- money and taxes due.

October 24, 2010 Trip to Nashville to be out of town, when Jane Doe came to Indiana for a case conference between our divorce lawyers on October 26, 2010.

*Event note, its October 26, 2010, one year later, A divorce could of been finalized by early in 2010, based on no or little assets, with no children involved and only had debts to divide, but yet Jane Doe stated she wanted to pursue a divorce but yet did nothing to  process it faster. The Plaintiff has no documents by Jane Doe's side to speed up the divorce process, but it was stated in papers in Colorado she wanted a divorce but in Indiana did not take a fast approach.

  1. WPPD report. 10-14-209
    i. "Getting away from(the Plaintiff) was really something she wanted to do and to pursue a divorce"
    ii. "She told him no and that is the incident made up her mind that their marriage was over"

  2. CCPD report. 10-14-2009
    i. "her soon to be ex-husband"

The Plaintiff maintains Jane Doe had legal counsel available at any time in Indiana to manage any court related matters, in which Plaintiff believes Jane Doe had pro bono legal services available if needed. Jane Does lawyer was assistant to Jane Does father when he was practicing as a lawyer and weird fact, the Plaintiff helped Jane Does father moved his office items from his home and office in the early 1990's.

December 29, 2010-Jane Doe does not want to pay to ship items. * It is stated in communication between lawyers, that there was money issues. The lawyers reaffirm as what I had stated, there was a reason for revenge due to money issues, and use of money. Please note, it is what it is, the Plaintiff had a financial responsibly of five people in a household unit and was responsible to maintain lifestyle of said household unit, which required to work, week after week for ten years of marriage.

January 6, 2011- court hearing in Indiana- divorce. *the Plaintiff has a lot of assumptions, the court hearing in Indiana reaffirm what suspicions the Plaintiff had and provided concrete evidence to backup his claims of legal improprieties in Colorado. Its 2011 and evidence that was not available in 2009 came into service. It was Jane Does lawyer, Jane Doe and the Plaintiff provided more than ample information. There is hard copies of document to clarify money was an issue and a goal of having half of the Plaintiff commercial equity came to light and in writing. It is what it is and no one in Colorado did not cared. Jane Doe's and the Plaintiff divorce case should of been settle out of court, its the end of 2010 and the Plaintiff wanted Jane Doe to be on the record, and his wish came true, not in Colorado, but in Indiana where it was

not Michael Hill VS Woodland Park Police Department, Cripple Creek Police Department, City of Woodland Park, City of Cripple Creek, Colorado's 4th Judicial District Attorney's Office , Division of Gaming, Colorado Attorney General Phil Weiser, Office of Attorney Regulation Counsel, Colorado Bureau of Investigation, and Bronco Billy's Casino with Jane Doe.

March 2011- Plaintiff receives shipment of his items from Colorado.

About 1 PM- July 17, 2012.  Chicago FBI request for investigation visit. Directed to consult a attorney.
    *As stated, from Colorado governmental agencies, meaning more than one, I asked to be investigated.

August 2012, return from overseas trip. The Plaintiff had to be manually processed for entry back into Country.

Complaint Letter to the Woodland Park Police Department. April 1, 2013. Response letter from Chief Lawson. May 09, 2013. The Plaintiff provided several documents and th complaint letter, in which a part was stated to the police chief, "in 2009, she mention to me, she told me that if she ever had a problem, let this person know, and they will take care of it, because they had connection with the local area police entities, I am wondering to know who she is referring to" What is the point to this?  I guess, I have learned a lesson now, not to mess with anyone who is friends of law enfor......! " That is a flat out reference to a shady law enforcement official. The only thing the Plaintiff got from the Woodland Police Department was a better snide reply letter.

May 2013, return from overseas trip. The Plaintiff had a transfer at London's Heathrow Airport. While boarding in line at the gate, my ticket was scanned, and a red light came on. I had to go downstairs and have my luggage physically search, with a hands on search. I ask why before I did, the agent replied, ask your government. I do not have easy return trips back into the United States. I am given a nickname by the USA customs and border patrol, a roller. I have to be escorted into the secure area of the customs and border section. I have to sit and wait before an agent ask for me. Sometimes there is no questions and others there is. One time, when the Plaintiff proceeded at a electronic gate, it printed a picture of the Plaintiff, which had a x over his facial picture, signify, the Plaintiff will be waiting. The Plaintiff has missed buses back to his home, is the last person at the baggage claim area and such. At the Dublin airport incident in 2019, another Customs and Border Patrol agent was very Jovial with the Plaintiff and his wife until the agent scanned the Plaintiff's passport. The agents facial appearance went from a happy nature to a straight serious tone and told and pointed to the door to take. The actions of the Defendants and others gave the Plaintiff this type of travel entry back into the Country.

May 2014- Returned from overseas trip. *I had the usual return into the United States. I am scanned, I go to the Secured Customs Area and sit and wait till I get called and released.

13

Sometimes I have to sit back down and wait till I am told to go. The actions of the Defendants and others gave the Plaintiff this type of travel entry back into the Country.

January 2015- Returned from Overseas trip. *I had the usual return into the United States. I am scanned, I go to the Secured Customs Area and sit and wait till I get called and released. Sometimes I have to sit back down and wait till I told to go. The actions of the Defendants and others gave the Plaintiff this type of travel entry back into the Country.

October 2015- Returned from overseas trip. *I had the usual return into the United States. I am scanned, I go to the Secured Customs Area and sit and wait till I get called and released. Sometimes I have to sit back down and wait till I am told to go. The actions of the Defendants and others gave the Plaintiff this type of travel entry back into the Country.

March 2018- Returned from overseas trip. *I had the usual return into the United States. I am scan, I go to the Secured Customs Area and sit and wait till I get called and released. Sometimes I have to sit back down and wait till I am told to go. The actions of the Defendants and others gave the Plaintiff this type of travel entry back into the Country.

May 2019- Return from overseas trip. This trip, an incident happen. A USA Customs and Border agent threaten the Plaintiff to a degree.  The Plaintiff was preparing to fly home from Ireland to Chicago. A US customs and border agent in Dublin to the effect stated to the Plaintiff do not state you know your rights to him. The Customs agent then pointed to room, if there is a problem, you will be placed in there. I would missed my flight. I gave my wife keys to my car and some credit cards before I went into the Customs secured room. How much of a deal it was, about five people in the waiting room stared at the interaction of the Plaintiff and customs agent. The Plaintiff then stated in return at the border agent, you did not ask a question, so ask the questions you want to ask. The agent then ask a question. Is Jane Doe flying with the Plaintiff. The Plaintiff replied no. The agent then ask, is Jane Does child flying with the Plaintiff. The Plaintiff replied no. The agent then ask, is Jane Doe's second child flying with the Plaintiff. The Plaintiff replied no.  Jane's Does children are in their late 20's early 30's, when that incident occurred. The Plaintiff overseas encounter threats from law enforcement due to the actions of the various Defendants and Jane Doe.

Complaint Letter to the Woodland Park Police Department December 12, 28, 2023. With documents. Response Letter from Chief Chris Deisler. January 3, 2024.  Duo copy complaint letter to Colorado Attorney General Phil Weiser ? * Long statement of event summary.

 *Dissent view- It was stated that there was no venue by which to pursue any internal investigative matter in this case. The Plaintiff maintains it is not an internal matter per say, a person, who was a police officer came to Woodland Park Police station to report a external event, thus no internal event till the Woodland Park Police Report was created. A person, in

2009 came to the Woodland Park Police Department and file and provided information about a case. The person was a police officer from the Cripple Creek Police Department, the police officer does not have any extra special legal protection and in general are just citizens with a badge. A police officer has the same status as anyone. A person in 2009 went to the Woodland Park Police Department and provided information, in which, there was written evidence, that cast a possibly crimes were committed.

April 2023 Return from overseas trip. *I had the usual return into the United States. I am scanned, I go to the Secured Customs Area and sit and wait till I get called and released. Sometimes I have to sit back down and wait till I am told to go. By now, The Plaintiff is labeled as a agitator. The Plaintiff will never have a peaceful return to the United States from an overseas trip, because of actions of the Defendants and others.

November 2023- Return form Overseas trip. *I had the usual return into the United States. I am scanned, I go to the Secured Customs Area and sit and wait till I get called and released. Sometimes I have to sit back down and wait till I am told to go. By now, The Plaintiff is labeled as a agitator. The Plaintiff will never have a peaceful return to the United States from an overseas trip, because of actions of the Defendants and others.

Informal Investigation Letter- Colorado Bureau of Investigation- Director Chris Schaefer. December 28, 2023

July 2024- Return form Overseas trip. *I had the usual return into the United States. I am scanned, I go to the Secured Customs Area and sit and wait till I get called and released. Sometimes I have to sit back down and wait till I am told to go. By now, The Plaintiff is labeled as a agitator. The Plaintiff will never have a peaceful return to the United States from an overseas trip, because of actions of the Defendants and others.

Request for copy of Cripple Creek Police Report 9-03-2024. * First time I saw the Cripple Creek Police Report.

Complaint, Demand of Action, Investigation letter to Cripple Creek Police Department co letter Chief of Police Charles Bright- November 24, 2024. * Due to mailing issues, never reach Cripple Creek Police Department, but was delivered in September 10, 2025.

Letter to Colorado's 4th Judicial District Attorney's Office/ Michael J Allen D.A. November 24, 2024.

Letter to City of Woodland Park/Kellie Case-Mayor/Catherine Naki-Mayor Pro-tem/Steve Smith/George Jones/Teri Baldwin/Jeffrey Geer/Carrol Harvey/Aaron Vassalotti.

November 24, 2024.

Letter to FBI Denver. December 31,2024. Letter to US Attorney, District of Colorado. December 31, 2024.

Letter and documents to Office of Attorney Regulation Counsel December 31, 2024.

Letter to Colorado Attorney General Phil Weiser. December 31,2024

Reply from The Pattern-or-Practice Unit Colorado Department of Law/ Office of Phil Weiser Attorney General ? January 21, 2025.

Reply from CBI- Colorado Bureau of Investigation/Denver Major Crimes Unit. January 27, 2025.

Letter to City of Cripple Creek Letter-Mayor Annie Durham/Mayor Pro Tem Bruce Brown/councilperson-Jared Bowman/Cody Schwab/Melissa Trenary. September 10,2025

Letter to Woodland Park Police-Chief Chris Deisler. Request open records. September 10, 2025.

Letter to Colorado Bureau of Investigation- Director Chris Schaefer. Complaint. September 12, 2025. *The Plaintiff did not know that Director Chris Schaefer was no longer the director.

Letter to Colorado's 4th Judicial District Attorney's Office/ Michael J Allen D.A. September 12, 2025.

Letter and documents to Office of Attorney Regulation Counsel. Complaint. September 26, 2025

Letter to City of Woodland Park/Kellie Case-Mayor/Catherine Naki-Mayor Pro-tem/Steve Smith/George Jones/Teri Baldwin/Jeffrey Geer/Carrol Harvey/Aaron Vassalotti. September 29, 2025.

Letter to Colorado Attorney General Phil Weiser.  Complaint. Sent about September 30, 2025.

Letter to Colorado Division of Gaming-Director Christopher Schroder. September 30, 2025.

Reply Letter and documents to Office of Attorney Regulation Counsel. October 16, 2025.

E-mail Cripple Creek Police Department. September- through October 2025. "

*For reference, there is listed several overseas trips. The Plaintiff has visited several countries around the world, but that does not mean the Plaintiff enjoy hassle travel free freedom to visit places around the world. The Plaintiff has avoided travel to countries that require a criminal background or more through background checks. The Plaintiff has avoided a lot of trips to countries that the Plaintiff has wanted to visit but could not, such as Australia, Singapore, New Zealand, China, etc.

## C.    What are the facts underlying your claim(s)?

Overall summary of claims:

Jane Doe is reference as a Employee at Bronco Billy's Casino 2009- ?  and former wife of Plaintiff.

I.    Bronco Billy's Casino Failed to protect the Plaintiff rights, as a customer and as a private citizen with violations of his state and federal civil rights,  with a visit in October 2009 and after to the Defendant's private residency outline in Police Reports of Cripple Creek Police report and Woodland Park Police in October 2009, in which resulted into criminal complaint(s)/case in October 2009 against the Plaintiff. The Defendant's unnamed employees assisted with Cripple Creek Police and a Colorado Gaming Agent who did not conduct a proper line of evidence gathering or proper use of the Defendants assets and property, which resulted in the Plaintiff muti complaints of mis-governmental use of the Defendants property, resources and failed to properly and lawfully use of the Defendants resources and employees in which was used in the Plaintiff's warrant, arrest and criminal conviction.  Cripple Creek Police officers/Department and Woodland Park Police officer/Department failed to lawfully obtain a copy of the Plaintiffs visit on a videotape that was created and shown by the Defendant's employees in a secured area on the Defendants property in Cripple Creek in October 2009, but the viewing by the Cripple Creek Police and Colorado Gaming Agent was used as evidence against the Plaintiff in a Police Report/Criminal case and also as a Woodland Park Police criminal complaint/arrest/warrant/criminal case against the Plaintiff in which, resulted in a criminal conviction. The Plaintiff maintains, the Cripple Creek Police Department and Gaming Agent may of not been in a official capacity when they entered the Property of the Defendant on October 14, 2009. The Cripple Creek police officer stated in the WPPD police report they were walking through Bronco Billy's Casino casually, and not on a police call. The video tape was used illegally against the Plaintiff. The Plaintiff maintains that the so called "videotape" would of been described a different scenario then what was described by the officer of the Cripple Creek Police Department. The Plaintiff maintains there was a emotional interaction between Jane Doe and the Plaintiff not a heated argument. The Plaintiff maintains that when he turned around and raised his hands in the air, he said, in part, this is our dream and turned

around and Jane Doe stated why did'nt you get a job(here). The Cripple Creek and Woodland Park Police Departments in their reports state in effect, the reason, the Plaintiff came to Colorado was on a jealous rant with Jane Doe, that was 100% false.

II. The Plaintiff maintains Jane Doe, an employee of Bronco Billy's Casino in 2009, conspired a event and commissioned a plan to fraudulently create a event(s) which lead to a criminal conviction of the Plaintiff in Colorado. In short, Jane Doe, and employee of the Defendant in 2009, wanted revenge, to leverage more money and prospective equity settlement with the Plaintiff, and used resources and employees of the Defendant against the Plaintiff.

III. Bronco Billy Casino management and employees knew and withheld important information and did not provide such information to proper Law enforcement officials. They were required by Colorado Law to report such information they may of have, known, or come across.

IV. The Defendant, Bronco's Billy Casino- Property, Employees, resources was used to excite the Teller County Court to criminalize the Plaintiff unfairly and led to a criminalization conviction of the Plaintiff which cause a extreme amount of loss- Mentally, Physically and financial. It also caused Financial investment loss to the other associated Plaintiffs too.

*The Plaintiff reserves the right to correct informational errors. The Plaintiff has experienced information fatigue. The Plaintiff original documents in his possession and others, overrides points and errors presented in this section.

*Woodland Park Police Department- Reference in the following as WPPD*
*Cripple Creek Police Department- Reference in the following as CCPD*
*Jane Doe is reference to Plaintiff ex-wife. Jane Doe reference is to provide privacy.*

*See Plaintiff's affidavit for an expanded view.*

**\* The Plaintiff will use information from Plaintiff's case Case No. 3:25-cv-979,  as reference to provide a full description to format what occurred, and provide a full informative background.**

*see Plaintiff's Section Three for expanded view:*

### ***Plaintiff's Background  Summation:***

The Defendant, Bronco Billy's Casino, Cripple Creek, Colorado, may of not been on the "Front Line" trampling on the Liberties and Civil rights of the Plaintiff in 2009-2025, which cause unmitigated emotional, physical and Financial suffering. Bronco Billy's Casino had a impact and focal point to the background of the criminal case and provided a active/indirect actions with a intent of knowingly/unknowingly cause such suffering to the Plaintiff.

----

## I, PLAINTIFF, MICHAEL HILL, PRO SE
## RESPECTFULLY ALLEGES IN MY COMPLAINT,
## JURY TRAIL DEMAND,
## STATE AS FOLLOWS:

**\* The Plaintiff will use some of the information from Plaintiff's case Case No. 3:25-cv-979 , as reference to provide a full description to format what occurred, and provide a full informative background of actions by the Defendants of said complaint. The Defendant, Bronco Billy's Casino became a focal point in the Criminal Case of the Plaintiff in Teller County, Colorado.  If involvement of Bronco Billy's Casino would of not occurred, then the Event between Jane Doe and the Plaintiff would of had a lesser level engagement.  Bronco Billys Casino's involvement in the criminal case intensify the merit of criminality, which the Plaintiff refutes the level of criminal action that the Plaintiff was alleged of doing in the criminal case in Teller County and at Bronco's Billy's Casino in Cripple Creek, Colorado in October 2009.**

**And, it appears events noted in this case, and case 3:25-cv-979, its about Michael Hill. That is not true. If the Plaintiff's enterprise expanded and was fully developed, without the impact of legal actions in Colorado, Michael Hill would of not been the only beneficiary of expanding and IPO offerings. The Plaintiff friends and family would of have economical beneficial impact, also, of the sale of Plaintiffs enterprise DuneShore.com and affiliates and investment benefit of Potential IPOs sales of the Plaintiff's Enterprise.**

*For an expanded view of events connecting the Defendant and other defendants see SECTION Two in the Plaintiffs affidavit.*

## IV.    Irreparable Injury

After 2009, due to initial Defendants actions stated in case **Case No. 3:25-cv-979** also the impact of action/event(s) from the Defendant, Bronco Billy's Casino , the Plaintiff has the Paranoia every year around November of each year to 2025, that he has a feeling that he is going to be arrested. Every year since 2009, the Plaintiff has the feeling police are coming to place him into jail. Not a good Paranoia, that started after 2009. I went to Colorado in December 2009 and was legally ambush and thrown in jail, over a assumption, after that, I feel every year, I am going to be arrested every November.

The Plaintiff did not experience the mental effect, of waking up in the morning and in a flash had the illusion effect everything was okay in his martial relationship and then have the illusion swept away by reality of the times. That did not happen at all. But the Plaintiff did experience the mental effect, of waking up every morning from mid December 2009 to the case conference in January 2010, of waking up in the morning in a flash had the illusion effect of everything was okay and then in instant the reality of time, comes crashing with a full mental press effect, that the Plaintiff was in bad situation to where the Plaintiff would be sitting in prison within a couple of months. It was a good thing the Plaintiff did not fall apart mentally and did not cause harm to himself during that time.

From 2009 to 2025, what I thought was true, was not true. In 2025, in depth information that was not available in 2009 is more accessible today as in online search applications. Information that was presented in 2025, presented a perception that in 2009, Laws were broken, protocols were not followed, regulations were violated, legal boundaries were violated, governmental duties/oaths were not upheld, and a massive amount of civil rights were trampled. Its like a lie, I had for over 15 years. I finally received the Cripple Creek police report in 2024. Wow, there is a lot of points in the report that shatters what Woodland Park Police presented against me and there is a lot of points that confirm what I said. After 15 years, shreds of truth came out.

I lost freedoms. Before 2009, I could travel basically any where around the world. I was kick out of Canada and warn not to come back or I would be arrested. I cannot go to London. Canada and UK communicate and share the same information  and I dare not try to visit it. I will be red flag and if you are red flag on a passport, I would be blocked entering into a country and other countries who come across the red flag alert attached to my passport. I did not have a

passport in 2009 and I lucked out with that procedure. I had a transfer once at London Heathrow Airport and I had to go downstairs and have my luggage physically search, with a hands on search. While in Dublin once, I was told by Irish customs, I need to be at the airport early. I am called a roller with the US Border & Customs Department. I have to go to the time out section and sit down and wait. Because what happen in Colorado I got to go more early at the airports around the world where there is a US Customs and Border terminal. I lost a lot of financial opportunities from being banned from Canada due to the legal actions in Colorado in 2009 and 2010. The Plaintiff has avoided trying to visit countries that require a background criminal check, that may use the FBI criminal database and US Border Patrol criminal database that has Colorado Bureau of Investigations and Teller County Court information. When the Plaintiff got kicked out Canada, the Canadian border control there, openly said they use a USA government database that flag the Plaintiff criminal history and the Canadian border control describe the Plaintiff criminal history and charges. Any USA government database uses information supplied by the Colorado Bureau of Investigation and Teller County Court System. The Plaintiff over the years wanted to visit Great Britain, Australia, Singapore, China, and others including going back to visit Canada, but a criminal background check would be done, supplied by information from the Colorado Bureau of Investigation and Teller County court, which is fraudulent, would be provided to deny the Plaintiff, which is not an assumption, but a fact as Verified by Canadian Borders officials. Potential countries with criminal background checks have their information, in effect supplied by Woodland Park Police, Cripple Creek Police and the Colorado's 4th Judicial District Attorney's Office.   In 2026, Western Europe will be off limits to the Plaintiff because a new system will be in place, resulting a criminal background check, in which the Plaintiff will flunk, due to the Defendant and other Defendants and others fraud or/and service denials, plain and simple.

My family life and professional life is torn apart in several areas from the false allegations from the court actions from Colorado. I cannot go to family functions with my family at schools, because I will flunk a background check and be barred from even attending events, such as attending  lunch during school time. I cannot go to lunch at a school because of what happen at Colorado. I am a writer and the avenue to be a children's writer is gone forever and what happen in Colorado will never allow me to become a children's writer. I told the court and in the faxes, of what will occur, actuality did occur. I said what was going on will impact my life in a negative way and I demanded in a way in the letter to the court and faxes, I wanted in effect a fair chance to defend myself. Again, I cannot even go to lunch at a school, where I have family attending the school.

The Family that lived in Colorado during the 2009-2010 time, the Plaintiff has only seen his family once since 2009, when the Plaintiff traveled to Colorado in 2012 once, due to the legal issues from Teller County area. The family member had to scrounge money to pay for bail for the Plaintiff, which demented the finances of the family member. The Plaintiff family member had less than a 24 hour notice to come up with the $1000 bail amount. The Plaintiff bail amount created tension between the Family member and his wife, with her family included.

The Plaintiff never paid back the family member for the bail amount. The false allegations of the court actions basically ended the relationship the Plaintiff had with his family member.

For the last 15 years plus, there is always colorful dreams happening from being arrested and conviction while the Plaintiff sleeps. It is base on what happen and on information that was given. In 2024, a lot more information was provided and given. Perceptions that were presented from 2009-2024 changed the Plaintiff outlook. A different lense of a anticipated outlook has taken over. I don't have distorted rehash dreams and being awoken in the middle of the night from events that occurred in/with Colorado legal events and such from 2009-2013 since my change of perception that occurred in 2024, and most of that was getting with finally reading the Cripple Creek Police report that should of been given to me in 2009.

The Plaintiff has in the last several years asserted his rights with governmental entities in the Teller County area, and now has in place a "bull eye" possibility of retribution for demanding accountability and has a high degree chance of being charged with obstructing governmental operations for his actions. The Plaintiff has a high degree of rouge retribution in the Teller County area in Colorado, by individuals or by governmental officials for "stirring the Pot". Bronco Billy's Casino has a certain share of responsibility in fomenting any possible blowback the Plaintiff may experience in the Teller County area from their involvement in the criminal case of the Plaintiff. If the Plaintiff ever finds himself in that region and is discovered in public or private because of resent actions of the Plaintiff in demanding accountability the Plaintiff may be in danger of personal harm. The Plaintiff has a high probability of be arrested in Colorado if he travels to Colorado. The Plaintiff has to secured a bail Bondsman on retainer if he visits Colorado.

The Plaintiff when arrested should of lost his job to regulatory requirements in 2009, but his employer retain the Plaintiff. The Plaintiff was lucky not to lose his job in 2009. The Plaintiff was fired in 2009 or 2010 due the conviction, he would of not been able to get hired in his type of job he was doing in 2009.

If the Plaintiff is pulled over by police in a traffic stop, a state of caution is directed if the law enforcement official runs background check that pulls information from the Colorado Bureau of Investigation. The information provided, creates a hostile environment based what the Plaintiff has stated was a false criminalization, which could cause a breakdown of stability and lead to a adverse incident with the law enforcement that pulled the Plaintiff over.

The Plaintiff has in the past proposed a program that would offered community policing patrol. The program would place the Plaintiff in a high crime impact area of a city. The legal actions in Colorado place the Plaintiff in a adverse situation of possible harm, if the program would of elevated to a trial stage. The Plaintiff could of not been able to protect himself with a firearm while on patrol in the high crime area in the test city, because the legal actions from Colorado would block the Plaintiff from owning a firearm.

The Plaintiff cannot conduct international business operations in countries, if a high integrity regulation level is required to conduct business in the country, such as Japan, EU, Australia, etc.

The Plaintiff will be known forever with the filing as, "that person". There is a on record notation, the Plaintiff has stated, he has tried to avoid filing civil complaint and wanted everything to stay and be taken care behind, "The Scenes". The Plaintiff will be known for the scope of what will be stated and presented from the filing of this case of a abstract person, from what the claims and types of damage is presented in this complaint, and will be forever in a negative "public light".

The Plaintiffs family member and spouse had to bail out the Plaintiff. The Plaintiff family member and family member's spouse had to organized and "scrounge" their finances, in December 2009 on a short time frame, to pay for the Plaintiffs Bail. It was December 2009 and around the Holidays, they had to raise $1000 which took time to raise $1000, in which, adversely impacted their monetary finances and time along with created a negative impact on them. Having to bail out the Plaintiff, created martial discord and marital disparity among the Plaintiff family member and spouse.

The legal actions that happen in Colorado, and events listed in the Plaintiffs affidavit has given the Plaintiff a living curse from the last 15 years plus. The Plaintiff in the beginning only wanted a fair and honest investigations of information and events. If that would of happened in 2009, 2010, 2013, and later in 2023, 2024, or 2025 than the Plaintiff would of have not the right to demand of actions be done and would of not have the right to create an avenue to a civil complaint, because there would not be a need for it. The Plaintiff wants to gather everything: papers, letters and such, that was created from what happen in Colorado and use that stuff in a camp fire and roast marshmallows with the burning of the papers, letters and such, then place this into the past and move on. Over the years the Plaintiff had elements of what happen affirmed and confirm a lot was false: information, events, etc. The Plaintiff started to a have a capacity to understand the, "legal stuff" was not done and officials were required to perform their duties with honest faith but did not. It has been a living curse since 2009 on the Plaintiff.

## The Plaintiff Claims

### I. Bronco Billy's Casino and Hotel

**Count One:** Bronco Billy's Casino has provided a event of assisting of protecting activities

of the Woodland Park Police Department, Cripple Creek Police Department and Colorado's 4th Judicial District Attorney's Office in a direct or indirect action, with a align or nonalignment, with a knowingly/unknowingly participation that allowed Woodland Park Police Department, Cripple Creek Police Department and Colorado's 4th Judicial District Attorney's Office to operate in unlawful actions against the Plaintiff which generated in a unjust financial/mental damage against the Plaintiff.

1. In the Cripple Creek Police report it is reported, "On October 14, 2009 at approximately 4:45 A.M., I Cripple Creek Police Officer James Francia #913, MPO Tom Cox #912 and Colorado Gaming Agent Brad Nelson were speaking with (Jane Doe) about a bruise by (Jane Doe)left eye." it does not state how or what lead up to be in the place to be interviewing of Jane Doe.

2. "Officer Francia told me(Woodland Park Police Department Officer Janisse #3950 ) that last night while walking thru Bronco Billy's Casino,....Colorado he noticed a Pit Boss that he identified as (Jane Doe) was trying to avoid contact with him." While walking thru Bronco's Billy Casino. Patrol include walking thru private Businesses, in which just happen to notice a person avoiding contact.

3. A. WPPD report, "Officer Francia told me Jane Doe and Michael and she got into a verbal argument in the casino. The Plaintiff disputes that notion.

B. (Jane Doe) and Mr. Hill spoke for approximately 5-7 minutes inside the casino. I observed both parties becoming agitated with each other but did not make physical contact. After the parties stopped speaking (Jane Doe) went back to her station and Mr. Hill left.

a. WPPD and CCPD uses unjustified references to inflame the audience of the Teller County Judge to incite the Judge against the Plaintiff. There was no heated verbal argument, there was a emotional conversation, without hate and anger. The Plaintiff did not on a whim go out to Colorado to confront Jane Doe over issue to who she was talking to. The Police misinformed the Teller County Judge why there was not a full time presence of the Plaintiff in Colorado.

4. WPPD and CCPD used a viewing of a videotape as evidence to press a criminal complaint and warrant of to secure a criminal prosecution but failed to properly obtain the video tape into a proper evidence gathering chain.

a. In the CCPD police report, " I reviewed the surveillance footage with Agent Nelson. I observed Mr. Hill walking up to (Jane Doe) at approximately 1:52 A.M."

i. There was no proper chain of permission to be able viewing the video tape viewing from a private business in a secured area in Bronco Billy's Casino. There was no

CCPD reporting in the police reports the CCPD, or Colorado Gaming of asking the Casino shift manager for permission, nor a warrant was requested to view the video tape, etc. as presented in the CCPD police report in October 2009.

*See the Plaintiff 's affidavit for expanded view.*

**Count TWO:** Bronco Billy's Casino has provided a event of assisting of protecting activities of the Woodland Park Police Department, Cripple Creek Police Department and Colorado's 4th Judicial District Attorney's Office in direct or indirect action, with a align or nonalignment, with a knowingly/unknowingly participation that allowed the WPPD, CCPD and Colorado's 4th Judicial District Attorney's Office to operate in unlawful actions against the Plaintiff which generated in a unjust financial/mental damage which resulted a loss of the Plaintiff's Duneshore.com and affliates enterprises for the Plaintiff and invested reward for the associated Plaintiffs.

Association of Certified Fraud Examiners, Inc.- ACFE - Fraud: What Is Fraud, Anyway? "Fraud" is any activity that relies on deception in order to achieve a gain. Fraud becomes a crime when it is a "knowing misrepresentation of the truth or concealment of a material fact to induce another to act to his or her detriment" (Black's Law Dictionary). In other words, if you lie in order to deprive a person or organization of their money or property, you're committing fraud.

fraudulent- Something fraudulent is intentionally false and meant to harm or deceive.

The Plaintiff lost control of his enterprise Duneshore.com and affiliates due to the legal challenges in Colorado. The Plaintiff is on record in a Indiana Court-January 6, 2011, stating, "but I had a business, Dune Shore– Q. I'm sorry. It was what? A.(the Plaintiff) Dune Shore dot com. Due to the legalities in Colorado, I lost it with the house."

Plain and simple, if the Plaintiff would of had not dealt with the legal situation in Colorado, the Plaintiff would still have his business enterprise Duneshore.com and affiliates operating and expanding and eventual sale of enterprise and creation opportunity of two IPO sales. Due to mental anguish from entities in Colorado, the Plaintiff lost his competitive advantage which led to the unjust disintegration of his enterprise, and the financial benefit and investment of his and the associated Plaintiffs faded away and disappeared.

1. The Plaintiff enterprise was real and operating in 2009. The website is listed in archive format on the internet by a non aligned site with public access of time stamped web pages stating the Plaintiffs website was real and functioning.

2. Jane Doe made/provided fraudulent information to CCPD, WPPD, Colorado Gaming and the Colorado's 4th Judicial District Attorney's Office and it is presumed made/provided

fraudulent information to the Defendant Bronco Billy's Casino who had the right and obligation to fact check/verify such information. CCPD, WPPD, and Colorado's 4th Judicial District Attorney's Office had the obligation/duty to fact check their information. The Plaintiff provided information to demand they do it, "verify their information."

3. Jane Doe, an employee of the Defendant, inspired/created what the Plaintiff describes as a fraudulent conspiracy, to exact revenge, money, and a prospective enriched equity settlement with the Plaintiff.

a. There is a long "paper trail" to demonstrate such conspiracy was real, and with the Indiana Court records-January 6, 2011, reaffirm such a conspiracy was real.

1. Jane Doe stated the reason the breakup of marriage between her and the Plaintiff occurred. From the Indiana court hearing 2011: Jane Doe, "Yeah. But when you ask your wife whose thing's been in you, then I think that's the end of a relationship. I'm Sorry" Jane Doe did not use the event described in the CCPD and WPPD Police reports as what had ended the martial relationship between Jane Doe and Plaintiff.

2. Information stated in one Colorado court document, Jane Doe stated the so called event occurred on "Oct 4 ? About 3 weeks,...1:00 pm...in Teller County. CCPD and WPPD has the event on October 11, 2009 at 1:00 PM.
* Jane Doe stated 1:00 pm. Not 12:30, 12:40, 12:50, 1:15, 1:20. It was 1:00 PM matching CCPD and WPPD time.

4. The Plaintiff did not have the capacity to understand the legal implementations that were occurring in 2009 till 2024 and the effects of the legal implementations. The Plaintiff relied on the professional attributes of CCPD WPPD, Colorado's 4th Judicial District Attorney's Office and the Defendant, Bronco Billy's Casino, to "do the right thing" and to uphold the law. In 2024, 2025 the Plaintiff has established some legal capacity, to understand what happen, why and the effects of the mis justice/illegal acts, the CCPD, WPPD, Colorado's 4th Judicial District Attorney's Office, the Defendant, Bronco Billy's Casino and others had done.

a. Colorado law: Section 18-8-105 - *Accessory to crime*

(1) A person is an accessory to crime if, with intent to hinder, delay, or prevent the discovery, detection, apprehension, prosecution, conviction, or punishment of another for the commission of a crime, he renders assistance to such person.

(2) "Render assistance" means to:
 (a) Harbor or conceal the other; or
 (a.5) Harbor or conceal the victim or a witness to the crime; or

26

(b) Warn such person of impending discovery or apprehension; except that this does not apply to a warning given in an effort to bring such person into compliance with the law; or

(c) Provide such person with money, transportation, weapon, disguise, or other thing to be used in avoiding discovery or apprehension; or

(d) By force, intimidation, or deception, obstruct anyone in the performance of any act which might aid in the discovery, detection, apprehension, prosecution, conviction, or punishment of such person; or

(e) Conceal, destroy, or alter any physical or testimonial evidence that might aid in the discovery, detection, apprehension, prosecution, conviction, or punishment of such person.

b. 18-8-115. *Duty to report a crime* - liability for disclosure. It is the duty of every corporation or person who has reasonable grounds to believe that a crime has been committed to report promptly the suspected crime to law enforcement authorities.

*See the Plaintiff 's affidavit for expanded view.*

# Count Three: Bronco Billy's Casino has provided a event of assisting of protecting activities of known former employee(s) in which a event of fraudlaunt conspiracy was committed on the Defendant's establishment, which the Plaintiff refutes with evidence with documents that the fraudulent conspiracy, clearly presents the fraudulent events were staged to achieve: revenge, about money issues, and a prospective enriched equity settlement with the Plaintiff.

1. The CCPD police report in October 2009 is barebones type of report. The WPPD report is more detail per say. Jane Doe was not descriptive to Officer Francia. Barebones types of reports are red flag reports. WPPD Officer Janisse report was more than barebones and more descriptive. Officer Francia knew Jane Doe more in depth and there should be more information. A stranger, Officer Janisse got more information than a more known person, Officer Francia.

a. WPPD October 14, 2009 Police Report, " Jane Doe told your Affiant( Woodland Park Police Department Officer Janisse #3950) things had not been going well in her relationship with Michael since she found out he was cheating on her. Jane Doe told your Affiant in May of 2009 she decided to move from Indiana to Woodland Park to try and see if getting away from Michael was really something she wanted to do and purse a divorce. Jane Doe told your Affiant she was surprised when Michael showed up unannounced on October 11, 2009 at her residence. Jane Doe told your Affiant Michael read her e-mail messages and that after reading them he drove to Woodland Park to contact her. Jane Doe told your Affiant several of the messages were exchanged with another male and were sexual in nature."

"Based on the Facts in this Affidavit I, Police Officer Justine Janisse, respectfully request that an Arrest Warrant be issued for the arrest of (the Plaintiff)

b. The Plaintiff has two extensive complaints and numerous communications with a tremendous amount of documents to the WPPD that disclaims the legal actions that took place in Bronco Billy's Casino and in Woodland Park.

c. Officer Francia stated in his report, no details how or what event led them to walk toward Jane Doe in the casino. The scenario was describe by WPPD Officer Justine Janisse, "Officer Francia told me(Woodland Park Police Department Officer Janisse #3950 ) that last night while walking thru Bronco Billy's Casino,....Colorado he noticed a Pit Boss that he identified as (Jane Doe) was trying to avoid contact with him. Officer Francia told your Affiant this was unusual behavior for (Jane Doe) and that she normally was very talkative and friendly" It can be stated Officer Francia had a good,  "Rapport" in communication with Jane Doe and were not strangers, but knew each other very well.  So Officer Francia must of known a little of the background profile of Jane Doe.

2.  The major focal points that was not stated: it was Jane Doe was having a extra martial affair, the Plaintiff had dual residency and was position to move to Woodland Park, The Plaintiff was expanding his business enterprise in Colorado, and the circumstances of the move and job offer was there.

a. Jane Doe admitted she had sexual in nature conversations with another person and from the viewpoint of the Plaintiff it appears to be a coworker.

i. That statement right there, "she had sexual in nature conversations with another person " should of created a gray area of a informative pause, and in a investigation more caution should of been used.

b. The Plaintiff presented to WPPD Jane Doe's "Lovers Note".

c. Jane Doe moved out to Colorado in April 2009.

d. The Plaintiff did not move out to Colorado in a expedited manner, because medical insurance was needed for Jane Doe and it was expensive.

e. Jane Doe moved out to Colorado for muti reasons, such as a relative of the Plaintiff told Jane Doe and the Plaintiff, Colorado change law to add new table games in 2009, in which they said move out there and Jane Doe had enough with a co worker at her job in Indiana.

f. Jane Doe in a message with the Plaintiff text to him, in the late summer of 2009, in effect, miss holding you. In pictures during Jane Does training employment, Jane Doe is wearing two rings, Jane Does wedding ring of the Plaintiff and that was in July or August 2009, to state the state of marriage was not fractured as reported by Jane Doe in police reports.

3. WPPD was supplied with telephone numbers by the Plaintiff to verify information and collect additional information with friends and coworkers of Jane Doe, but that effort was never done. Some names in a cloak manner to state there were names are:  er*** ****t *****ey *e*******on  ***s**a **ng  Michele **i********t  **d **l*er  **er*y **l**r  Michael ****y  Je***e ***ms and some others. *This indicates there may be employees who had information vital to the criminal case, but the police failed to investigate and also, Bronco Billy's management may of come across information that was not reported to CCPD, WPPD and Colorado Gaming. Additional notation, the lawyer for the Plaintiff describe a person who accompany Jane Doe to a court hearing in December 2009, to which the Plaintiff has a unconfirmed opinion that it was a coworker.

    a. WPPD took the case, even though CCPD could of took lead and they open up a criminal case first. CCPD had the most access of information and took the most evidence for the criminal conviction. WPPD only took a statement but did not include evidence of the videotape and did not pursed witnesses.

4. Bronco Billy's Casino management had information/insight and did not informed the CCPD or Colorado Gaming.

    a. The Plaintiff maintains he was offered a job at Bronco Billy's Casino in 2009 by an informal offer from  Bronco Billy's Casino in 2009. Jane Doe talked to a slot department management employee and told about the Plaintiff's employment background and was given a green light to have the Plaintiff apply and be given employment at the Casino. It was the Plaintiff who did not follow through on the offer.

    i. In a text between Jane Doe and Plaintiff 10-24-2009 it is noted, "I should of been out there in July to avoid this stuff." That is the reference to accepting the job I was offered in July, from BRONCO BILLYS CASINO.

    b. In the summer of 2009, the Plaintiff visited Jane Doe at work inside Bronco Billys Casino with Jane Doe, and meet coworkers of Jane Doe, and some were management. Jane Doe and the Plaintiff had lunch at the Mexican restaurant at the Defendant's property and was shown or given a tour by Jane Doe of here working area.

    c. The Defendant was aware that Jane Doe was looking for medical coverage in her employment and that was a condition of employment. The Plaintiff is on record in a Indiana court stating medical coverage was needed and was the reason the Plaintiff stayed in Indiana for a longer time.

    d. Bronco Billy's Casino upper management had the back story of Jane Doe's life, because the Plaintiff went to Colorado multiple times in 2009 to Colorado and Jane Doe was in a happy mood in those visits except for the one occurred in October 2009 and they were

informed on some level.

  e. When Jane Doe married the person who was in her, "lovers note" in 2012 or later, a so called, "red flag", should of took notice, from events on their property in October 11-14, 2009 made of not been factual and they should of reported concerns to the CCPD, WWPD or Colorado Gaming. It is the law in Colorado to report a crime or possible crime.

  5. Bronco Billy's Casino employees may of hinder information knowingly/unknowingly and failed to report such information that is required by law to report such information. Jane Doe was a employee of Bronco's Billy's Casino and did provide false information to law enforcement on their property and was required by law not to provide false information.

  a. Section 18-8-105 - *Accessory to crime*

  (1) A person is an accessory to crime if, with intent to hinder, delay, or prevent the discovery, detection, apprehension, prosecution, conviction, or punishment of another for the commission of a crime, he renders assistance to such person.

  (2) "Render assistance" means to:
(a) Harbor or conceal the other; or
(a.5) Harbor or conceal the victim or a witness to the crime; or
(b) Warn such person of impending discovery or apprehension; except that this does not apply to a warning given in an effort to bring such person into compliance with the law; or
(c) Provide such person with money, transportation, weapon, disguise, or other thing to be used in avoiding discovery or apprehension; or
(d) By force, intimidation, or deception, obstruct anyone in the performance of any act which might aid in the discovery, detection, apprehension, prosecution, conviction, or punishment of such person; or
(e) Conceal, destroy, or alter any physical or testimonial evidence that might aid in the discovery, detection, apprehension, prosecution, conviction, or punishment of such person.

  b. 18-8-115. *Duty to report a crime* - liability for disclosure. It is the duty of every corporation or person who has reasonable grounds to believe that a crime has been committed to report promptly the suspected crime to law enforcement authorities.

  c. 18-8-111. *False reporting to authorities* - false reporting of an emergency

  (II) He or she makes a report or knowingly causes the transmission of a report to law enforcement authorities of a crime or other incident within their official concern when he or she knows that it did not occur; or
  (III) He or she makes a report or knowingly causes the transmission of a report to

law enforcement authorities pretending to furnish information relating to an offense or other incident within their official concern when he or she knows that he or she has no such information or knows that the information is false; or

*See the Plaintiff 's affidavit for expanded view.*

**Count Four:** Bronco Billy's Casino has provided a event of assisting of protecting activities of the Woodland Park Police Department, Cripple Creek Police Department and Colorado's 4th Judicial District Attorney's Office in direct or indirect action, with a align or nonalignment, with a knowingly/unknowingly participation that allowed Woodland Park, Cripple Creek Police Department and Colorado's 4th Judicial District Attorney's Office to operate in unlawful actions against the Plaintiff which generated a fraudlaunt criminalzation of the Plaintiff. The Defendant assisted in a passive/active envionment knowly/unknolwy with the Woodland Park Police Department, Cripple Creek Police Deaprtment and Colorado's 4th Judicial District Attorney's Office in civil rights viloations along with violations of state law against the Plaintiff.

1. The Plaintiff sent a fax to WPPD requesting a investigation in November 2009.

2. The Plaintiff gave a copy of the Fax that was sent to WPPD, along with a letter statement describing the Plaintiff was in effect being setup by Jane Doe, to the Colorado's 4th Judicial District Attorney's Office.

The resulted effect, the Plaintiff has lost economic/personal/career activities that could of generated income/personal interest to the Plaintiff:

a. International business deals and international business transactions that require a level of integrity.

b. Anything that required a criminal background check, in which the Plaintiff would of been disqualified and would of not been able to pursue.

*See the Plaintiff 's affidavit for expanded view.*

**Count Five:** Bronco Billy's Casino has provided a event of assisting of protecting activities of the Woodland Park Police Department, Cripple Creek Police Deaprtment and Colorado's 4th Judicial District Attorney's Office in direct or indirect action, with a align or nonalignment, with a knowingly/unknowingly participation that allowed Woodland Park, Cripple Creek Police Department and Colorado's 4th Judicial District Attorney's Office to operate in unlawful actions against the Plaintiff which generated in a unjust financial/mental damage against the Plaintiff in which a public, criminalization "scarlett letter" profile was

created by the actions of the Defendant assisting the Woodland Park Police Department, Cripple Creek Police Department and Colorado's 4th Judicial District Attorney's Office.

1. The so called Public "Scarlet Letter" was based on false information that was not verified and sent to secured a criminal warrant and criminal case with criminal conviction.

In Counts 1-3 there is a clear activity events by the Defendant, Bronco Billy's Casino are cited, in which they aided the CPPD, WPPD and the Colorado 4th Judicial District Attorney's Office in helping in created and supporting a criminal conviction against the Plaintiff which resulted in a unjustified physical/mental/financial damage inflicted against the Plaintiff.

*See the Plaintiff 's affidavit for expanded view.*

2. The Plaintiff lost or could not expanded or use his literacy career in children book writing, in which barred him from reaching the marketing audience he was targeting to write for.

## V.    Relief

*The Defendant role and action has cause muti level damage to the Plaintiff.

The Plaintiff is asking relief be imposed by action on the Defendant as follows:

The Plaintiff has financial damage from the legal effects that started in Indiana and continuing in Colorado by  the actions of the Woodland Park Police Department, Cripple Creek Police Department and Colorado's 4th Judicial District Attorney's Office who had the Defendant Bronco Billy's Casino contributed a huge role in assisting them, in which financial damage such as but not limited to, occurred:

A: Indiana lost.
  1. Loss of control of Plaintiff house  in Indiana- Loss value of  house of $80,000 plus
  2. $3,000 legal fees
  3. over $1000 in mailing and court cost
  4. over $1000 in transportation cost to attend court hearings in Colorado.
  5. Over $2000 in court actions and sentence to attend classes.
  6. ? loss resulted from a loss of focus in life which resulted in financial loss in choices the Plaintiff has done(has done to lack of financial resources) since 2009-late 2010. The Plaintiff from 2009-2012 was focus on the past instead of focusing on the future. It was not until mid 2012 the Plaintiff finally stabilized a little to focus on moving forward. The actions of the

Defendant had a impact on the quality of life direction, on the Plaintiff. One example, The Plaintiff had no resources to get a stable car which resulted in a bike cycle incident in which the Plaintiff had a involuntary visit to a hospital in which a medical bill of over $12,000 occurred with a loss of work days which resulted in loss of income. The butterfly effect from the actions of the Defendant and others did cause true financial loss and anticipated financial loss.

B: A negative commercial "scarlet letter" criminalization description of the Plaintiff was created and the Defendant had a huge role in assisting in the development of the so called criminalizaion "scarlet letter" by the Woodland Park Police Department, Cripple Creek Police Department and Colorado's 4th Judicial District Attorney's Office.

It has in effect ended the Plaintiff children's literary career. In 2009, the Plaintiff had muti children stories written out and have a children series written out. A book with illustrations was marketed during that time and it all ended in December 2009 by court actions in Colorado. The one book series has a potential of base market value of a million dollars and the Plaintiff in 2009 travel to New York City to attend a book convention and was marketing the series which could of lead to a muti million dollar enterprise if it was continue.

*For expanded view of loss,  see Plaintiff's Affidavit*

C: Loss of travel and potential commercial travel opportunity.

1. The Plaintiff was denied entry into Canada from the action of the Woodland Park Police Department, Cripple Creek Police Department and Colorado's 4th Judicial District Attorney's Office , in which the Plaintiff was on a so called "photo run" to increase his collection of lighthouses with Canadian lighthouses and other commercial images collection activities. That added collection of Lighthouse images could of had a auction value between $100,000 to a million or more, plus images sales or such. Basically, if a county request a background check, the Plaintiff will be denied entry and loses all personal freedom liberty to make money and to explore unfettered around the world. In 2026, Plaintiff will have trouble visiting Europe, a major place to expand the Plaintiffs commercial opportunity and will lose untold millions of dollars. The Defendant, Bronco Billy's Casino has a huge role in assisting in Woodland Park Police Department, Cripple Creek Police Department and Colorado's 4th Judicial District Attorney's Office in the loss of travel and potential commercial travel opportunity for the Plaintiff.

2. To this day and beyond and also from 2009- until now, with the last occurrence in 2024, the Plaintiff has felt the effects of the legal actions in Colorado impacting him and suppressing his freedom and liberty. For example, an incident in Dublin, Ireland in 2019, the Plaintiff was threaten by USA border offical based on Information from legal court actions that happen in 2009 in Colorado. That Border agent had an image of the Plaintiff that was not true, but the so

called "Public Scarlet Letter" imagery created by some of the Defendants in 2009 caused harmed which could of resulted in physical harm to the Plaintiff based on the direct actions of Woodland Park Police Department, Cripple Creek Police Department and Colorado's 4th Judicial District Attorney's Office and indirect nonaligned actions of the Defendant. The Defendant, Bronco Billy's Casino has a huge role in assisting in Woodland Park Police Department, Cripple Creek Police Department and Colorado's 4th Judicial District Attorney's Office in the loss of travel and potential commercial travel opportunity for the Plaintiff.

*For expanded view of loss, see Plaintiff's Affidavit*

D: Loss of muti state web enterprise- Dunshore.com, affiliates and potential expansion affiliates.

Potential based value loss for the Plaintiff is One Hundred Million USA dollars based on the year it was operating, length, content inventory, structure, internet legacy worth, etc. It was a legacy internet enterprise due to the core web guide that started 1999 and the duneshore.com started in the beginning in the early internet rush of the 2000's era. The enterprise was expanding and had active product on high demand and at times ran out of stock. There was Loss resulted from duress of enterprise operations by legal actions resulted in Colorado and loss of potential financial benefit of Plaintiff's Muti level website Dunshore.com and affiliates. Plaintiff is setting financial damage caused by the actions of the Woodland Park Police Department, Cripple Creek Police Department and Colorado's 4th Judicial District Attorney's Office, and others at the loss of second stage growth of a potential IPO enterprise operations on a international level but will waive third stage growth potential loss. Plaintiff set potential damage at $410 Million USA Dollars and that amount is a undervalued amount, the Plaintiff is being generous.

When the Second Phase of the Plaintiff expansion would been organised into a second IPO sale, The Plaintiff would incorported the Duneshore.com and afflitates enterprise into a Corporation with Friends and Family as co-owners in a shareholder entity. The Plaintiff would of have a share of 51% percent ownership share, with the remaining share divided between the Plaintiff's family Member and friends. The share ownership structure would be a family member 25% share ownership, then core close friends 15% share ownership and general friends 9 % share ownership. The Defendant, Bronco Billy's Casino has a huge role in assisting in Woodland Park Police Department, Cripple Creek Police Department and Colorado's 4th Judicial District Attorney's Office in the loss of investment/financial opportunity for the Plaintiff and associated Plaintiff's.

The share loss against the Defendant, Bronco Billy's Casino would be:

The Plaintiff   $41 Million USA Dollars.

The Plaintiff on behalf of the Known John Doe Mutiple and Known Jane Doe Mutiple ask:

Family Member - Plaintiff Known Jane Doe-  $20 Million USA Dollars
Core Friends- Plaintiff Known(John Doe(s), Jane Doe(s) )-   $6 Million USA Dollars
General Friends-Plaintiff Known(John Doe(s), Jane Doe(s) )-  $4 Million USA Dollars

This is a underestimate. Before IPO's go "online" at a trading exchange, shareowners could buy more shares of the new IPO before it goes on sale. The money from the first sell, family and friends could of bought additional shares, additional wealth.
This is a standard estimate. There is a business anticipated expected value estimate and is standard business practice. Oil companies, mine companies, silicon valley startups, etc have valuations of perspective asset inspections being performed to established business asset value. Mine companies and oil companies conduct exploratory research to estimate how much minerals and oil deposits are available in a mine or oil field and to express value.

E.  Negative Financial Impact/ Financial Loss to Plaintiff Known John Doe and Jane Doe.

The Plaintiff family member and said family member's  spouse had to organized and "scrounge" their finances, in December 2009 on a short time frame, to pay for the Plaintiffs Bail. It was December 2009 and around the Holidays, they had to raise $1000 which took time to raise $1000, in which, adversely impacted their monetary finances and time along with created a negative impact on them. Having to bail out the Plaintiff, created martial discord and marital disparity among the Plaintiff family member and spouse. The Defendant, Bronco Billy's Casino has a huge role in assisting in Woodland Park Police Department, Cripple Creek Police Department and Colorado's 4th Judicial District Attorney's Office which resulted in mental anguish/unjust financial interruption, and request on their behalf monetary compensation:


Plaintiff John Doe: $500,000 USA Dollars
Plaintiff Jane Doe: $500,000 USA Dollars

Total in section $1 Million Dollars.

*For expanded view of loss,  see Plaintiff's Affidavit*


The Plaintiff is seeking Financial damages describe in each listing:

  A. $1 Million USA Dollars, Plus Punitive Damages.

$1 Million USA Dollars Section Total

B. $10 Million USA Dollars, Plus Punitive Damages.
  $10 Million USA Dollars Section Total

C. $20 Million USA Dollars, Plus Punitive Damages.
  $20 Million USA Dollars Section Total

*$31 Million USA Dollars Section A, B, C, Total

D. The Plaintiff  $41 Million   plus Punitive Damages.
  Family Member  Plaintiff $10 Million  plus Punitive Damages.
  Core Friend Plaintiff(s)   $6 Million  plus Punitive Damages.
  General Friends Plaintiff (s) $4 Million  plus Punitive Damages.

$61 Million USA Dollars Base Section D Total  plus Punitive Damages.

E. Plaintiff Family Member $500,000
  Plaintiff Family Member Spouse $500,000

The Plaintiff along the Plaintiff on behalf of associated Plaintiffs seek:

*$93 Million USA Dollars section A, B, C, D, E base total plus Punitive Damages against the Defendant in sections  A, B, C, D.

The Plaintiff is asking for attorney fees to be covered by the Defendant.

The Plaintiff is seeking court costs to be covered by the Defendant.

***Right to Jury Trial:** The Plaintiff reserves the Right to Jury Trial if process of the complaint reaches the level of a final verdict.

**\*Plaintiff is asking for an Injunction be placed on the Defendant. The Plaintiff is requesting to stop an act of insolvency to be perform by the Defendant to shield assets of the Defendant. In times of a lawsuit, firms may engage in a business tactic to transfer assets of the business to lower assets that could be used to satisfy a judgment if a adverse judgement has been awarded against the Defendant. The Plaintiff is requesting the Defendant may not transfer/move/hide/sell any assets till the end of complaint has been discharged.**

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-5-25

Signature of Plaintiff &
    Plaintiff on behalf of Jane Doe Multiple  Plaintiff(s)
    Plaintiff on behalf of John Doe Multiple  Plaintiff(s)

Michael Hall

Printed Name of Plaintiff

### B.    For Attorneys

Date of signing: _____

Signature of Attorney        _____
Printed Name of Attorney     _____
Bar Number                   _____
Name of Law Firm             _____
Street Address               _____
State and Zip Code           _____
Telephone Number             _____
E-mail Address               _____

FILING FEE – Are you paying the filing fee?  X Yes  ___ No
defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.

[Initial Each Statement]
_MW_ I will keep a copy of this complaint for my records.
_MW_ I will promptly notify the court of any change of address.
_MW_ I declare under penalty of perjury that the statements in this complaint are true.

_____ Signature    12-5-25 _____ Date

Similar Case

3:25-cv-00979-CCB-SJF Hill v. Woodland Park Police Department et al
UNITED STATES DISTRICT COURT for the Northern District of Indiana
Date filed: 11/18/2025
Date of last filing: 12/01/2025
Office: South Bend       Filed: 11/18/2025
Jury Demand: Plaintiff
Nature of Suit: 440       Cause: 42:1983 Civil Rights Act
Jurisdiction: Federal Question       Disposition:
County: Porter    Terminated:
Origin: 1         Reopened:
Lead Case:        None
Related Case:     None       Other Court Case: None
Defendant Custody Status:
Flag: CASREF